

ACKNOWLEDGED. Case is dismissed with prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 11/25/2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA (INDIANAPOLIS DIVISION)

| | |
|---|---|
| JASON DROWN,<br>    Plaintiff,<br><br>v.<br><br>DISH NETWORK, L.L.C.,<br>    Defendant. | Case No. 1:23-cv-02258-RLY-MKK<br><br>Judge Richard L Young<br>Magistrate Judge M. Kendra Klump |

**STIPULATION OF DISMISSAL OF DISH NETWORK, L.L.C., WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), Plaintiff Jason Drown ("Plaintiff") and Defendant DISH NETWORK, L.L.C. ("DISH") stipulate and agree as follows:

1. All matters and controversies involved herein as between Plaintiff and DISH have been fully compromised and settled.

2. Each party shall bear his, her or its own attorney's fees and costs paid or incurred.

3. Plaintiff's complaint and cause of action should be dismissed WITH PREJUDICE as to DISH.

Date: November 22, 2024

Agreed to and submitted by:

| **LAW OFFICES OF MILES N. CLARK LLC** | **BENESCH FRIEDLANDER COPLAN & ARONOFF** |
|---|---|
| /s/ *Miles N. Clark*<br>Miles N. Clark, Esq.<br>5510 S. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>miles@milesclarklaw.com<br>*Counsel for Plaintiff<br>Jason Drown* | /s/ *Eric L. Zalud*<br>David M. Krueger, Esq.,<br>dkrueger@beneschlaw.com<br>Eric L. Zalud, Esq.<br>ezalud@beneschlaw.com<br>*Counsel for Defendant<br>DISH Network L.L.C.* |

All ECF-registered counsel of record via email.